AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ARIF UGUR | ) | Case No. 21-mj-7147-JCB |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **ARIF UGUR**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Illegal Exports in Violation of the Arms Export Control Act, Title 22, United States Code, Section 2778;

Conspiracy to Violate the Arms Export Control Act in violation of Title 18, United States Code, Section 371, and Title 22, United States Code, Section 2778; and

Wire Fraud in violation of Title 18, United States Code, Section 1343.

Date: 06/21/2021

*Issuing officer's signature*

City and state:   Boston, Massachusetts

United States Magistrate Judge Jennifer C. Boal
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/21/21, and the person was arrested on *(date)* 6/22/21
at *(city and state)* Richmond, VA.

Date: 6/22/21

*Arresting officer's signature*

Christopher Silvestri Special Agent
*Printed name and title*